## Commonwealth *v.* Dwyer, Appellant.

 Submitted September 11, 1972. *David Lee Dwyer,* appellant, in propria persona; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Evans, Appellant.

 Argued September 15, 1972. *Daniel H. Shertzer,* for appellant; no oral argument was made nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the judgment of sentence is reversed and defendant is discharged.